UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

1:22-cv-04758 (JLR) (KHP)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    WHEREAS the deadline for all discovery is August 23, 2023.  *See* ECF No. 40.

    IT IS HEREBY ORDERED that the parties shall appear before U.S. District Court Judge Jennifer L. Rochon for a post-discovery conference on **September 14, 2023** at **10 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  This conference will either serve as a pre-motion conference or will be used to set a trial date and dates for pretrial submissions.

    IT IS FURTHER ORDERED that, if any party wishes to move for summary judgment or to exclude expert testimony, it shall, no later than **August 24, 2023**, file a letter as set forth in Section 3(I) of the Court's Individual Rules and Practices in Civil Cases, and any response letter shall be filed no later than **August 31, 2023**.

    IT IS FURTHER ORDERED that, no later than **September 7, 2023**, the parties shall file a joint two-page letter updating the Court on the status of the case, including proposed deadlines for pretrial submissions and trial dates.

Dated: February 23, 2023
       New York, New York

                                    SO ORDERED.

                                    *Jennifer Rochon*
                                    JENNIFER L. ROCHON
                                    United States District Judge