```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

    Plaintiff,

-against-

                                            **1-22-CV-4758 (JLR) (KHP)**

CITY OF NEW YORK, et al.,                           **ORDER**

    Defendants.

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    As discussed at the May 3, 2023 Case Management Conference:

    Based on a verbal stipulation by the parties, the Clerk of the Court is respectfully directed to substitute on the docket the individual defendant CO Christina Drayton with CO Tiffany Williams. By **Thursday, May 4, 2023**, Corporation Counsel shall inform the Court whether Defendant Williams waives service.

    By **May 31, 2023**, Defendants shall search for and produce any relevant 311 records from the incident that are in their possession, custody, or control. Defendants shall also provide medical release authorization forms to Plaintiff for any relevant medical information they are seeking.

    By **Wednesday, July 5, 2023**, the parties shall file a joint status letter updating the Court on the status of discovery.

    A Case Management Conference is scheduled on **August 3, 2023 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY. The parties shall arrive at the courthouse early to allow time to pass through security.

**SO ORDERED**.

Dated: May 4, 2023
      New York, New York

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge

2