```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| AMAURY URENA,<br><br>       Plaintiff,<br><br>-against-<br><br>  CITY OF NEW YORK, et al.,<br><br>       Defendants. | **22-CV-1189 (JHR) (KHP)**<br><br>**ORDER** |
| AMAURY URENA,<br><br>       Plaintiff,<br><br>-against-<br><br>  CITY OF NEW YORK, et al.,<br><br>       Defendants. | **1-22-CV-4758 (JLR) (KHP)**<br><br>**ORDER** |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As discussed in the August 3, 2023 conference, the fact discovery deadline in 22-cv-1189 is extended to **September 29, 2023**. The deadline for the City of New York to identify officers is **September 5, 2023**. The deadline for Defendants to produce the remaining discovery, including any available video footage is **September 5, 2023**.

The parties shall take Plaintiff's deposition for both cases on August 22, 2023.

The deadline to file a letter seeking leave to file any motions for summary judgment in 22-cv-4758 is adjourned from August 24, 2023 to **September 7, 2023**. Any response letter shall be filed by **September 14, 2023**.

A telephonic Case Management Conference scheduled on **October 12, 2023 at 3:00 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the

scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

**The Clerk of the Court is respectfully requested to mail a copy of this order to Plaintiff.**

**SO ORDERED**.

Dated: August 4, 2023
       New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge