UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

                           Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                          Defendants.

1:22-cv-04758 (JLR) (KHP)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      In light of the discovery extension ordered by Magistrate Judge Parker on August 4, 2023 (*see* ECF No. 62), the post-discovery pretrial conference previously scheduled for September 14, 2023 before Judge Rochon is hereby **adjourned**.  Additionally, by separate order today, the Court is amending the existing Order of Reference to the Magistrate Judge to include dispositive motions, such as motions for summary judgment.

      Additionally, to conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the Magistrate Judge.  If all parties consent to proceed before Magistrate Judge Parker, they must, **by August 28, 2023**, submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to the Order of Reference (and also available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge).  If the Court approves that form, all further proceedings will then be conducted before Magistrate Judge Parker rather than before this Court.  Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be from this Court if the consent form were

not signed and so ordered. An information sheet on proceedings before magistrate judges is also attached to the Order of Reference.

If any party does not consent to conducting all further proceedings before the Magistrate Judge, the parties must file a joint letter, **by August 28, 2023**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent**. No adverse consequences will result from the withholding of that consent.

The Clerk of Court is respectfully directed to mail a copy of this Order and the Order of Reference also entered today to Plaintiff.

Dated: August 7, 2023
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge