```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

                              Plaintiff,

-against-

                              **22-CV-04758 (JLR) (KHP)**

                              <u>**ORDER**</u>

CITY OF NEW YORK, et al.,

                              Defendants.

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      A settlement conference in this matter was scheduled for March 15, 2024. The Court was informed that Plaintiff refused to appear. The Plaintiff is advised that failure to participate in scheduled conferences may result in dismissal of the case for failure to prosecute.

      Additionally, the Court is in receipt of a letter from Plaintiff seeking copies of documents pertaining to this case, including discovery, deposition transcripts, and transcripts of every court proceeding that transpired in this case. In light of Plaintiff's pro se and incarcerated status, counsel for Defendants is directed to send to Plaintiff copies of (i) paper discovery already produced in this case; (ii) transcripts from any depositions in this case; and (iii) Defendants' moving papers submitted in support of the pending Motion for Summary Judgment. Plaintiff is advised that transcripts from court proceedings were never generated and are not available on the docket. However, if Plaintiff has questions regarding what occurred at any particular court proceeding, he may seek clarification from the Court.

      Finally, the Court reminds Plaintiff that Defendants filed a Motion for Summary Judgment in this case and Plaintiff's deadline to oppose the motion was today. Out of excessive

solicitude for the pro se Plaintiff, the deadline for Plaintiff to respond to the pending Motion for Summary Judgment is extended *sua sponte* to **April 15, 2024**.  No further extensions of time will be granted absent a compelling showing of good cause.  If Plaintiff fails to file an opposition brief, the Motion for Summary Judgment will be considered unopposed.

Finally, the Court notes that a stay in this action was entered on April 4, 2023 pending resolution of Plaintiff's former counsel's motion to withdraw.  The motion to withdraw was resolved on April 11, 2023, but the stay was not formally lifted.  **The Clerk of the Court is respectfully directed to note on the docket that the stay in this action is lifted.**

**The Clerk of the Court is also respectfully directed to mail a copy of this Order and a copy of the docket sheet to Plaintiff at: <u>Amaury Urena, #2412302807/NYSID #06036513J, Rose M. Singer Enhanced Supervised Housing (RESH), 19-19 Hazen Street, East Elmhurst, NY 11370.</u>.**

**SO ORDERED**.

Dated: March 15, 2024
New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge