Case 1:22-cv-04758-JLR-KHP   RESUBMIT   of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2024

AMAURY URENA,

22 civ. 04758 (JLR)(KHP)

Plaintiff

-against-

CITY OF NEW YORK, SEAN TURGUT, STEPHANIE PAMPHILE and TIFFANY WILLIAMS

Defendants

1. I Amaury Urena the plaintiff in this case is asking that I be Distributed of all Documents pertaining to this case exclusively And including but not limited to, Discovery, Full Deposition transcripts, And if possible all transcripts pursuant to every court proceeding that transpired in this case. Also an Full copy of medical records. In order for me to write an meaningfull and meritorious reply to summary judgement and for me to prepare a proper prosecution to this case. I make this request in a poor person status.

Humbly submitted
URENA
[illegible] street
[illegible], N.Y 11370

The Court already directed counsel for Defendants to send to Plaintiff copies of (i) paper discovery already produced in this case; (ii) transcripts from any depositions in this case; and (iii) Defendants' moving papers submitted in support of the pending Motion for Summary Judgment. (ECF No. 91.) Counsel for Defendants is directed to file a letter confirming that that it has complied with this direction. **The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 94 and to mail a copy of this Order to Plaintiff.**

SO ORDERED:

*Katharine H. Parker*          4/3/2024

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

By: AMAURY URENA 241-23-02807
(R.N.S.H) 19-19 Hazen St
East Elmhurst, N.Y 11370

Dated: New York 3/10/24

TO: HONORABLE KATHARINE .H. PARKER
500 Pearl Street
New York, New York 10007

C.C: ASSISTANT CORPORATION COUNSEL
BAILEY FORCIER
100 CHURCH STREET
New York, New York 10007