UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMAURY URENA,

                      Plaintiff,

-against-

CITY OF NEW YORK, et al,

                      Defendants.

Case No. 1:22-cv-04758 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On July 10, 2024, Magistrate Judge Katharine H. Parker issued a report and recommendation (the "R&R") recommending that Defendants' motion for summary judgment be granted in its entirety and Plaintiff's cross-motion for summary judgment be denied in its entirety. ECF No. 103. After receiving no timely objections, the Court reviewed the R&R for clear error and adopted it in its entirety on July 30, 2024. ECF No. 104. The Court directed the Clerk of Court to refrain from entering final judgment in favor of Defendants until two weeks from the date of that order. That time has passed. The Court now directs the Clerk of Court to enter final judgment in favor of Defendants as set forth in ECF Nos. 103 and 104.

Dated: August 14, 2024
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge