UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
AMAURY URENA,

                        Plaintiff,                    22 **CIVIL** 4758 (JLR)

      -against-                          **JUDGMENT**

CITY OF NEW YORK, et al,

                        Defendants.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 14, 2024, that on July 10, 2024, Magistrate Judge Katharine H. Parker issued a report and recommendation (the "R&R") recommending that Defendants' motion for summary judgment be granted in its entirety and Plaintiff's cross-motion for summary judgment be denied in its entirety. ECF No. 103. After receiving no timely objections, the Court reviewed the R&R for clear error and adopted it in its entirety on July 30, 2024. ECF No. 104. The Court directed the Clerk of Court to refrain from entering final judgment in favor of Defendants until two weeks from the date of that order. That time has passed. Defendants' motion for summary judgment is GRANTED in its entirety and that Plaintiff's cross-motion for summary judgement is DENIED in its entirety. Judgment entered in favor of Defendants.

    **Dated:**  New York, New York

       August 14, 2024

                                              **DANIEL ORTIZ**
                                   **Acting Clerk of Court**

                      **BY:**
                               _____
                                  **Deputy Clerk**